COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:   Rich Robins v. Austen Perry Clinkenbeard and Jonathon G. Clinkenbeard a/k/a Jon Clinkenbeard

Appellate case number:   01-19-00059-CV

Trial court case number:   1107951

Trial court:   County Civil Court at Law No. 3 of Harris County

Date motion filed:   February 25, 2021

Party filing motion:   Appellant

It is ordered that the motion for en banc reconsideration is **denied**. *See* TEX. R. APP. P. 49.7.

Judge's signature:   _/s/ Sherry Radack_
            ☐ Acting individually   ☑ Acting for the Court

En Banc Court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, and Guerra.

Farris, J., not participating.

Date:  April 15, 2021